UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

IN RE:

RONALD A. BUEHLER,

Debtors.

CHAPTER 7

CASE NO. 20-857

SHERYL SCHNITTJER, in her sole capacity as Trustee,

Plaintiff,

vs.

ROGER BUEHLER,

Defendant.

ADVERSARY CASE NO. 20-9049

## ANSWER TO COMPLAINT

**COMES NOW**, the Debtors/Defendants, by and through undersigned counsel, and hereby answer the Complaint, filed in the above-captioned Adversary matter as follows:

### PARTIES, VENUE AND JURISDICTION

1-7. Debtors/Defendants admit to paragraphs 1 - 7 of the Complaint;

### COUNT I
### AVOIDANCE OF TRANSFERS AS A PREFERENCE
### PURSUANT TO 11 U.S.C § 547

8-13. Debtors/Defendants admit to paragraphs 8-13 of the Complaint;

14-15. Debtors/Defendants deny paragraphs 14-15 of the Complaint;

16. Debtors/Defendants admit to paragraph 16 of the Complaint;

17. Debtors/Defendants deny paragraph 17 of the Complaint;

**WHEREFORE** the Debtors/Defendants pray that this matter be dismissed and said dismissal be at the Plaintiff's costs.

ROGER AND NANCY BUEHLER,

By: /s/ Dustin Baker_____
**HENKELS & BAKER, PC**
2774 University Ave., Suite G
Dubuque, IA  52001
Phone: (563) 556-4060
Fax: (563) 556-0805
Email: Dustin@HenkelsBaker.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on this 13th day of October, 2020.

/s/Dustin Baker